IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JOSHUA D. LANE, an individual, | 08-CV-428-ST |
| Plaintiff, | ORDER |
| v. | |
| HOOD RIVER COUNTY, a public entity; EDWARD CANNON; DENISE FOR; DEAN GUESS; and DAVID MERIWETHER, | |
| Defendants. | |

**BROWN, Judge.**

    Magistrate Judge Janice M. Stewart issued Findings and Recommendation (#53) on March 20, 2009, in which she recommends this Court grant Defendants' Motion for Summary Judgment (#18) and enter a Judgment in favor of Defendants. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and

1 - ORDER

Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*.  *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983)(rev'd on other grounds).  *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983).  Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Stewart's Findings and Recommendation (#53).  Accordingly, the Court **GRANTS** Defendants' Motion for Summary Judgment (#18) and **DISMISSES** this matter **with prejudice**.

IT IS SO ORDERED.

DATED this 11th day of June, 2009.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge